Prob 12 (10/09)
VAE (rev. 5/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA



FILED
JAN 11 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

U.S.A. vs. Lamont P. Mason                                    Docket No. 3:08CR00214-001

### Petition on Supervised Release

COMES NOW Daniel P. Arnold, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Lamont P. Mason, who was placed on supervision by the Honorable Richard L. Williams, Senior United States District Judge sitting in the Court at Richmond, Virginia, on the 19th day of February, 2009, who fixed the period of supervision at four (4) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1) The defendant shall provide the probation officer with access to requested financial information; 2) the defendant shall participate in a program approved by the Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer; 3) the defendant shall participate in a program approved by the Probation Office for mental health treatment, with the costs to be paid by the defendant, all as directed by the probation officer; and 4) the defendant shall pay for the support of his minor children in any amount ordered by any social service agency or court of competent jurisdiction. In the absence of any such order, payments are to be made on a schedule to be determined by the Court at the inception of supervision, based on defendant's financial circumstances.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

| ORDER OF COURT | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 10th day of January 2019 and ordered filed and made a part of the records in the above case. | Executed on: 1/9/19 |
| /s/ John A. Gibney, Jr. <br> United States District Judge <br> John A. Gibney, Jr. <br> United States District Judge | Daniel P. Arnold <br> Senior U.S. Probation Officer <br><br> Place Richmond, Virginia |

**TO CLERK'S OFFICE**

**Petition on Supervised Release**
**Page 2**
**RE: Mason, Lamont P.**

OFFENSE: Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. § 841, a Class B Felony; Possession of Firearm in Furtherance of Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c), a Class A Felony; and Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1), a Class C Felony.

SENTENCE: 132 months imprisonment, four (4) years supervised release, and a $300.00 special assessment.

ADJUSTMENT TO SUPERVISION: Mr. Mason was released from the Bureau of Prisons to supervision on January 19, 2017.

Mr. Mason reports being employed as a nail technician at a nail salon, however, he has failed to provide verification of this employment as he reports the job is "under the table." He is also in the process of applying for disability.

Mr. Mason was referred to Richmond Behavioral Health Authority for mental health and substance abuse evaluations but he did not meet the criteria for services. He was referred to the Behavioral Awareness Center for anger management counseling on February 6, 2018, and was discharged from treatment on June 30, 2018. The therapist stated Mr. Mason was discharged as "there was nothing left to work on."

On January 1, 2018, Lamont P. Mason was charged with Driving on a Suspended License, 2nd Offense in Henrico County, Virginia. On April 24, 2018, he was found guilty and sentenced to a $200 fine, $91 in costs, and a 60-day license suspension. A No Action Violation Report was submitted to the Court and Mr. Mason was instructed to refrain from driving until his license was restored.

On December 9, 2018, Lamont P. Mason was charged with License Revoked, Driving Without a License; Speeding 73/55; and Driving Unregistered Vehicle in Henrico County, Virginia. The next court date is set for March 6, 2019. Mr. Mason stated that he was "at the club" and had a few drinks, and was driving home when he was stopped by Henrico County Police. He stated he was tested and his blood alcohol level was under the legal limit. A No Action Violation Report was submitted to the Court. Mr. Mason was again instructed to refrain from driving until his license was restored, and he was to be referred to the next Moral Reconation Therapy group session.

On December 15, 2018, Lamont P. Mason was charged with Driving on a Suspended License by the Virginia Capital Police. The next court date is set for February 6, 2019, in the Richmond City General District Court. Mr. Mason never notified the probation officer of this charge.

On January 2, 2019, this officer called Mr. Mason and Mr. Mason stated he was not driving the vehicle on December 15, 2018, his friend Jaquan was driving and he did not receive a summons for driving on a suspended license, but did get a summons for no registration. This officer told Mr. Mason that I would be contacting the officer who conducted the stop to clarify the charges.

On January 2, 2019, this officer spoke with Officer Sentipal of the Virginia Capital Police. He stated that on December 15, 2018, he conducted a traffic stop due to an expired registration. He stated Mr. Mason was driving the vehicle and immediately stated he did not have a driver's license. The only other person in the vehicle was a female in the passenger seat. Mr. Mason stated to the officer that he was driving his mother because she had a hurt leg. Officer Sentipal stated the vehicle smelled like marijuana. He stated he issued a citation to Mr. Mason for driving while suspended.

**Petition on Supervised Release**
**Page 3**
**RE: Mason, Lamont P.**
VIOLATIONS: The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION:**     **COMMISSION OF A CRIME – DRIVING ON SUSPENDED LICENSE.**

On January 1, 2018, Lamont P. Mason was charged with Driving on a Suspended License, 2nd Offense. On April 24, 2018, he was found guilty and sentenced to a $200 fine, $91 in costs, and a 60-day license suspension.

On December 9, 2018, Lamont P. Mason was charged with License Revoked, Driving Without a License; Speeding 73/55; and Driving Unregistered Vehicle in Henrico County, Virginia. The next court date is set for March 6, 2019.

On December 15, 2018, Lamont P. Mason was charged with Driving on a Suspended License by the Virginia Capital Police. The next court date is set for February 6, 2019, in the Richmond City General District Court.

**CONDITION 3:**     **FAILURE TO ANSWER TRUTHFULLY ALL INQUIRIES BY THE PROBATION OFFICER.**

On January 2, 2019, Lamont P. Mason provided false information to the Probation Officer regarding being cited for driving on a suspended license by the Virginia Capital Police.

**CONDITION 11:**     **FAILURE TO NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BEING ARESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER.**

On December 15, 2018, Lamont P. Mason was cited by the Virginia Capital Police for driving on a suspended license but failed to report the contact to the Probation Officer.

DPA

Prob 12 (10/09)
VAE (rev. 5/17)